**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6632**

---

GARY EUGENE MADDOX, JR.,

> Plaintiff - Appellant,

> v.

THE PAROLE COMMISSION OF MARYLAND AND ITS AGENTS; DAVID R. BLUMBERG, Chairman; DEANGELO PATTERSON, Agent; ROBIN D. HALL, Agent; AGENT MOXLEY; JOHN SMACK, Commissioner; JASON KECKLER, Commissioner,

> Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Julie R. Rubin, District Judge.  (1:22-cv-01769-JRR)

---

Submitted:  November 16, 2023                    Decided:  November 22, 2023

---

Before AGEE and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Gary Eugene Maddox, Jr., Appellant Pro Se.  Susan Howe Baron, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Eugene Maddox, Jr., appeals the district court's order granting summary judgment in favor of Defendants on Maddox's 42 U.S.C. § 1983 complaint. Limiting our review of the record to the issues raised in Maddox's informal brief, we find no reversible error. *See* 4th Cir. R. 34(b); *see also Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's order. *Maddox v. The Parole Comm'n of Md. & its Agents*, No. 1:22-cv-01769-JRR (D. Md. May 25, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*